UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     *     MISCELLANEOUS. NO.:15-5229
NON-JUDICIAL CIVIL FORFEITURE
PROCEEDING     *     SECTION: "S"(5)

\* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney and the claimant, PAMELA MEISNER, by and through her counsel, Michael Magner, as authorized by 18 U.S.C. §983(a)(3)(A), to move the Court to extend the time in which the United States is required to file a Complaint for Forfeiture and/or to obtain an Indictment alleging forfeiture from March 15, 2016 to May 13, 2016, regarding property to which claims have been filed by claimant, PAMELA MEISNER, in a non-judicial civil forfeiture proceeding with the Drug Enforcement Administration regarding the following seized assets (hereinafter referred to collectively as "the properties") which were seized pursuant to federal seizure warrants which were issued by this Court:

    $57,970 U.S. Currency;

    $2,506.50 U.S. Currency seized from Regions Bank, Account Number: 0146224890, in the name of Pamela Meisner;

    $5,059.57 U.S. Currency seized from Hancock/Whitney Bank Account Number: 0718740661, in the name of Pamela Meisner;

    $1,294.65 U.S. Currency seized from Hancock/Whitney Bank, Account Number: 0717480429, in the names of John and Pamela Meisner;

    $20,002.84 U.S. Currency seized from Home Bank, Account Number: 41309, in the name of Pamela Meisner;

$13,085.12 U.S. Currency seized from Home Bank, Account Number: 2460759002, in the name of Pamela Meisner;

$8,744.77 U.S. Currency seized from Home Bank, Account Number: 2460968702, in the name of Moonlight Health and Wellness, Corp.;

$116.03 U.S. Currency seized from Home Bank Account Number: 2460752502, in the name of Richmond Medical Center;

$59.26 U.S. Currency seized from Home Bank Account Number: 2460798802, in the name of Caspara Medical Care, LLC;

2010 Lexus IS 350C, bearing Vehicle Identification Number: JTHFE2C29A2502482.

The United States represents to the Court as follows:

1. All of the written notices of intent to forfeit required by 18 U.S.C. §983(a)(1)(A) to be sent by the Drug Enforcement Administration to interested parties has been sent.

2. The time has expired for any other person to file a claim to the property pursuant to 18 U.S.C. §983(a)(2)(A)-(E).

3. No other person has filed a claim to the property as required by law in the non-judicial civil forfeiture proceeding.

## MEMORANDUM

18 U.S.C. §983(a)(3)(A)-(C) state:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed

> may extend the period for filing a complaint for good cause shown or upon agreement of the parties.
>
> (B) If the Government does not
>
> (i) file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or
>
> (ii) before the time for filing a complaint has expired -
>
> (I) obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
>
> (II) take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
>
> the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.
>
> (C) In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

On May 18, 2015, Magistrate Judge Joseph Wilkinson authorized and executed Seizure Warrants for the above-described properties.

On May 19, 2015, the Drug Enforcement Administration seized the properties.

On July 21, 2015, claimant, PAMELA MEISNER, filed claims to the properties with the Drug Enforcement Administration in the non-judicial civil forfeiture proceeding against the properties.

Pursuant to 19 U.S.C. §1608 and §1610, upon the filing of such claims, the seizing agency transmitted the claims to the United States Attorney for the purpose of initiating a judicial forfeiture action against the property.

Pursuant to 18 U.S.C. §983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a Complaint for Forfeiture against the property and/or to obtain an Indictment alleging that the properties are subject to forfeiture no later than March 15, 2016. If the United States fails to do so, it is required to release the properties and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

## CONCLUSION

In the instant matter, the United States and the Claimant, through her counsel, are in agreement that the applicable deadline should be extended from March 15, 2016 to May 13, 2016. Based upon this agreement, the United States respectfully requests pursuant to 18 U.S.C. §983(a)(3)(A), that the Court extend the period in which the United States is required to file a Complaint for Forfeiture against the properties and/or to obtain an Indictment alleging that the properties are subject to forfeiture until May 13, 2016.

**WHEREFORE**, the United States prays that this consent motion be granted and that the deadline to initiate civil or criminal judicial forfeiture as to the subject properties be extended from March 15, 2016 to May 13, 2016.

Respectfully submitted,

KENNETH ALLEN POLITE
UNITED STATES ATTORNEY


*/s/ Michael B. Redmann*
MICHAEL B. REDMANN         (31929)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA    70130
Telephone: (504) 680-3065

Attorney for Plaintiff
United States of America


*/s/ Michael W. Magner*
MICHAEL W. MAGNER, ESQUIRE
201 St. Charles Avenue
New Orleans, LA    70170
Telephone: (504) 582-8000

Attorney for Claimant
Claimant Pamela Meisner